UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INFORMATION**  CR 08- 67 PJS |
| Plaintiff, ) | (18 U.S.C. § 371) |
| ) | |
| v. ) | |
| ) | |
| JOSEPH VAN HUEBL, ) | |
| ) | |
| Defendant. ) | |

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
### (Conspiracy - Mortgage Fraud)

In or about March 2007, in the State and District of Minnesota, the defendant,

JOSEPH VAN HUEBL,

knowingly and intentionally conspired and agreed with other individuals to execute a scheme to defraud and to obtain money by means of false and fraudulent pretenses, namely a mortgage fraud scheme, utilizing the U.S. mail or a private or commercial interstate carrier to deliver items in furtherance of the scheme; all in violation of Title 18, United States Code, Section 371.

Respectfully submitted,

Dated: March 3, 2008

FRANK J. MAGILL, JR.
Acting United States Attorney

BY: JOSEPH T. DIXON, III
Assistant U.S. Attorney
Attorney ID No. 0283903

SCANNED

MAR   2008

U.S. DISTRICT COURT MPLS

MAR   3 2008
FILED
RICHARD D. SLETTEN
JUDGMENT ENTD
DEPUTY CLERK