# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NOTICE TO THE COURT OF POSSIBLE RELATED CASE |
| Plaintiff, | |
| | Criminal No.: 08-147(MJD) |
| v. | |
| JOHNNY NGUYEN, | |
| Defendant(s). | |

The undersigned attorney hereby notifies the Court and counsel that the above-captioned case is possibly related to 06-400(PAM), 07-261(DSD), and 08-67(PJS) . **Please note: Do not reference a case that has been filed under seal.**  Please follow the sealed procedure in the ECF Criminal Procedures Guide.

    ___    Cases involving the same act or transaction connected with or constituting a part of a common conspiracy, scheme or plan.

    ___    Cases involving the same defendant(s), whether the prior cases are open or closed.

    ___    Cases arising out of the same operative set of facts, behavioral episode or course of conduct  whether the prior cases are open or closed.

    ___    Cases that arise out of the same investigation and have temporal proximity.

    _X_    A subsequent case results from cooperation rendered by a defendant or defendants in a previous case whether open or closed.

    ___    The cases stem from an investigation of a common organization; e.g., a particular gang, corporation, financial institution, etc., and the cases involve common personnel and/or factual scenarios.

    _X_    Other: the instant case is tangentially related to other mortgage fraud cases.

| | |
|---|---|
| Dated: May 9, 2008 | FRANK J. MAGILL, JR. |
| | Acting United States Attorney |
| | |
| | s/ Joseph Dixon |
| | BY: JOSEPH T. DIXON, III |
| | Assistant U.S. Attorney |
| | Attorney ID No. 0283903 |