UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 08-67 (PJS)

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S** |
| | ) | **MOTION FOR A** |
| v. | ) | **VARIANCE** |
| | ) | |
| Joseph Van Huebl, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Defendant respectfully moves the Court for a sentencing variance under 18 U.S.C. §3553(a).

This motion is made on all the files and records in the case, the Position of Defendant with Regard to Sentencing Factors, the interests of justice and upon such other and further evidence and argument as may subsequently be presented to the Court.

                                                        Respectfully submitted,

                                                        Birrell & Newmark, Ltd.

Dated: February 24, 2009          By: s/ Andrew S. Birrell
                                                        Andrew S. Birrell (#133760)
                                                        Attorney for Defendant
                                                        333 South Seventh Street, Suite 3020
                                                        Minneapolis, MN 55402
                                                        Telephone: (612) 871-7000